US DISTRICT COURT FOR THE CENTRAL DISTRICT ILLINOIS

FILED
JUL - 6 2010
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| ANTHONY J. GRASON ) | |
| \ ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| Vs. ) | |
| ) | |
| DANIEL MASS, M.D. ) | CASE NO: 10-2144 |
| ORTHOPEDIC SURGEON ) | |
| AND ASSOCIATES, ) | |
| Defendant ) | |
| ) | |
| STRYKER ORTHOPEDICS, ) | |
| STRYKER TRAUMA PRODUCTS, ) | |
| STRYKER CORP. ) | |
| Defendant ) | |
| ) | |
| ) | |
| UNIVERSITY OF CHICAGO ) | |
| HOSPITAL ) | |
| Defendant ) | |
| ) | |
| ) | |
| ) | |

## COMPLAINT

𝔑𝔒𝔚 𝔒𝔒𝔐𝔈𝔖 THE PLAINTIFF, ANTHONY J. GRASON and states the following

allegations:

1. On June 30th, 2008, Plaintiff Anthony J. Grason was struck in a head on vehicle

accident by one Deloris Mooney. Delores Mooney was cited and plead guilty. Plaintiff Anthony Grason incurred numerous injuries to body including left elbow fractures and dislocation.

2. Plaintiff was immediately rushed by ambulance to Decatur Memorial Hospital (further referred herein as DMH) and admitted through the emergency room. Plaintiff underwent numerous testing and was determined by Orthopedic Physician Dr. Marshall Brucestein ( an on-staff Orthopedic Physician at DMH) that Plaintiff had fractures and dislocation to left elbow that required immediate surgery.

3. Plaintiff, on or about July 2nd, 2008, forwarded all testing including x-rays, cat scans and all findings to Dr. Daniel Mass at the University of Chicago Hospital. Dr. Daniel Mass is a professor of Orthopedics at the University of Chicago Hospital (further referred to as UoC Hospital). Dr. Mass determined the extent of the Plaintiff's injuries were in the realm of his expertise. Plaintiff elected to undergo necessary and needed surgery at the UoC Hospital to repair injuries to left elbow.

4. On July 4th, 2008, early morning, Plaintiff underwent approximately 6 hours of surgery at the UOC Hospital. Surgery was conducted by Dr. Daniel Mass with residents and students present and attending. Immediately waking from surgery in the recovery room, Plaintiff was in severe pain and had paralysis to left forearm

and hand resulting from surgery.

5. Plaintiff maintained all follow-up appointments for months following surgery with Dr. Daniel Mass. It was determined by Dr. Daniel Mass that the installation of the Stryker surgery hinge and pins used during surgery damaged Plaintiff's radial nerve in left arm causing severe pain and paralysis. Dr. Daniel Mass took note and admitted that an injury occurred during surgery with the installation of the surgical hinge and pins resulting in Plaintiff having paralysis and severe pain to left arm and left hand. Dr. Daniel Mass determined through additional testing that the Radial Nerve was punctured and damaged during the installation of the Stryker hinge and pins, causing severe pain and paralysis to Plaintiff left arm and hand. Dr. Mass determined that the best possible approach to repairing the Radial Nerve injury that occurred during surgery and from the the use of the Stryker hinge and pins; was for plaintiff to undergo an additional surgery. Dr. Mass scheduled Plaintiff Anthony Grason for a nerve graph surgery that was to occur on or about November 12th, 2008.

6. Plaintiff was contacted by UOC Hospital's administration just days prior to the November 12th, 2008 scheduled surgery for the repair of the radial nerve. UOC hospital administration cancelled for no reason nor cause the appointed surgery and deferred Plaintiff Anthony Grason to another hospital. Plaintiff in distress contacted various offices at the UOC Hospital in an attempt to appeal their decision. These office's and officers of the UOC included all and to the attending

President of the UOC Hospital's.

7. The University of Chicago Hospital has rejected any and all post surgical care to the Plaintiff and including the office and person Dr. Daniel Mass. Plaintiff Anthony Grason has maintained follow up appointments with Dr. David Spinner at the Mayo Clinic in Rochester, MN were it was determined by neurosurgeon Dr. David Spinner that a nerve injury was caused during surgery to Plaintiff by use of the Stryker Hoffman II Compact System resulting in plaintiff's to date injury's. These findings by Dr. David Spinner were conveyed and forwarded to Dr. Mass and his office as well as the UOC hospital.

8. It is determined by Dr. David Spinner that the loss of hand use, function and pain in Plaintiff's left arm is resulting from the injuries sustained by the July 4th, 2008 surgery and the installation of surgical hardware.

9. To date, Plaintiff maintains severe pain in left elbow, left forearm, and left hand. Plaintiff has loss of function in left hand. It has further been determined that Plaintiff will gain no additional function with respect to his left hand. The result of the Plaintiff's quality of life and his ability to perform daily tasks and/or occupation has diminished. Currently the Plaintiff has sustained financial hardship from the surgery performed at the UOC Hospital by Dr. Daniel Mass. Plaintiff has also sustained additional burden and hardship from post surgical and follow-up care.

Plaintiff contends Dr. Mass used this product in an improper manor while plaintiff was under general anesthesia or alternately despite due care exercised, the Stryker instrument cased radial nerve damage.

𝔚𝔥𝔢𝔯𝔢𝔣𝔬𝔯𝔢, the Plaintiff seeks judgment against the defendants, jointly or severally, in excess of $250,000.00. Based upon inference of negligence and product liability.

_____
ANTHONY J. GRASON, Plaintiff Pro Se

Anthony J Grason , Plaintiff Pro Se

357 W. Decatur st.

Decatur, IL. 62522

(217) 428-8600