UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ANTHONY J. GRASON, ) ) Plaintiff, ) v. ) ) DANIEL MASS, M.D., Orthopedic Surgeon ) and Associates, et al., ) ) Defendants. ) | Case No. 10-CV-2144 |

# ORDER

A Report and Recommendation (#24) was filed by Magistrate Judge David G. Bernthal in the above cause on April 15, 2011. On May 2, 2011, pro se Plaintiff Anthony J. Grason, filed his Objection to Report and Recommendation (#25). Following this court's careful de novo review of the Magistrate Judge's reasoning and Plaintiff's Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#24). This court agrees that Defendants' Motion to Dismiss (#8) should be GRANTED. Defendants' Motion to Dismiss (#13) is MOOT.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#24) is accepted by this court.

(2) Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Federal Rule of Civil Procedure 12(b)(1) (#8) is GRANTED. This case is dismissed with prejudice.

(3) Defendants' Motion to Dismiss (#13) is MOOT.

(4) This case is terminated.

ENTERED this 11th day of May, 2011

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE